JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CITY DRINKER, INC.,

            Plaintiff,

        v.

LAKSHMI KODALI; KODALI UMA;
CHEETI PAVAN KUMAR RAO;
KODALI NAGARJUNA RAO;
PREETHI YALAMANCHILI; DAVID
BARKHORDARI; ALI POURVASEI;
LAD SOFTWARE SOLUTIONS LTD.,
PVT; LAD IT SOLUTIONS LTD., PVT;
and LAD Solutions LLC,

            Defendants.

AND RELATED CROSS and
COUNTERCLAIMS

No. CV 13-9223 PA (PLAx)

JUDGMENT

In accordance with the January 15, 2015 Stipulation filed by City Drinker, Inc. ("City Drinker"), Francis König, Lakshmi Kodali, LAD Software Solutions Ltd., PVT., LAD IT Solutions Ltd., PVT, and LAD Solutions, which dismissed all federal claims, cross-claims, and counterclaims with prejudice, the March 18, 2015 Minute Order denying City Drinker's Application for Default Judgment against Cheeti Pavan Kumar Rao ("Pavan"), dismissing with prejudice the federal securities fraud claim alleged against Pavan, David Barkhordari ("Barkhordari"), and Ali Pourvasei ("Pourvasei"), and declining to exercise supplemental jurisdiction over the remaining claims, and the December 10, 2014 order dismissing the

claims against Kodali Uma, Kodali Nagarjuna Rao, and Preethi Yalamanchili for lack of prosecution, it is hereby ORDERED, ADJUDGED, AND DECREED that:

     1.    The first claim for relief alleged in City Drinker's First Amended Complaint for securities fraud is dismissed with prejudice; and

     2.    The remainder of this action is dismissed without prejudice; and

     3.    Each party shall bear their own costs of suit.

DATED: March 18, 2015

_____
Percy Anderson
United States District Judge